UNITED STATES of America,
Plaintiff–Appellee,

v.

Teodoro Charles CASTILLO,
Defendant–Appellant.

No. 03–41327
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

---

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Teodoro Charles Castillo, #23271–179, US Penitentiary, Beaumont, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Appointed counsel for Teodoro Charles Castillo has moved for permission to withdraw from this criminal appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Castillo has filed a response in which he requests to represent himself on appeal. Castillo's motion to proceed *pro se* on appeal is DENIED as untimely. *United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998). Our independent review of counsel's brief, Castillo's response, and the record discloses no non-frivolous issue for appeal.

We decline to address Castillo's argument that counsel did not adequately explain to him the provision in his plea agreement waiving certain appellate rights. *See United States v. Price,* 95 F.3d 364, 369 (5th Cir.1996). Our decision is without prejudice to Castillo's right to raise this claim in a motion pursuant to 28 U.S.C. § 2255. *Massaro v. United States,* 538 U.S. 500, 504–06, 123 S.Ct. 1690, 1694, 155 L.Ed.2d 714 (2003).

Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.